JS-6

1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture
5  FRANK D. KORTUM
   Assistant United States Attorney
6  Asset Forfeiture Section
   California Bar No. 110984
7       United States Courthouse
        312 North Spring Street, 14th Floor
8       Los Angeles, California 90012
        Telephone: (213) 894-5710
9       Facsimile: (213) 894-7177
        E-Mail: Frank.Kortum@usdoj.gov
10

11 Attorneys for Plaintiff
   UNITED STATES OF AMERICA
12

13                  UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15                        WESTERN DIVISION

16 UNITED STATES OF AMERICA,        )  No.: CV 13-07709-GW(MRWx)
                                    )
17          Plaintiff,              )
                                    )
18      vs.                         )  **CONSENT JUDGMENT**
                                    )
19 $575,890.00 IN U.S. CURRENCY,    )
                                    )
20          Defendant.              )
   _____  )
21                                  )
   ERNESTO SANCHEZ,                 )
22                                  )
                                    )
23          Claimant.               )
   _____  )

24

25      This civil forfeiture action was commenced on October 18,

26 2013.  Claimant Ernesto Sanchez ("Claimant") filed a claim on

27 November 8, 2013.  No other claims or answers were filed, and

28 the time for filing claims and answers has expired.  Plaintiff

                                2

1   and Claimant have made a stipulated request for the entry of

2   this consent judgment of forfeiture resolving all claims

3   concerning the defendant $575,890.00 in U.S. currency

4   ("defendant currency") (Asset ID No. 12-DEA-557548).

5       The Court has been duly advised of and has considered the

6   matter.  Based upon the mutual consent of the parties hereto and

7   good cause appearing therefor, the Court hereby **ORDERS, ADJUDGES**

8   **AND DECREES** that $287,945.00 of the defendant currency (Asset ID

9   No. 12-DEA-557548) and all interest earned on the entirety of

10  the defendant currency since seizure, is hereby forfeited to the

11  United States, and no other right, title or interest shall exist

12  therein.  The remaining portion of the defendant currency,

13  $287,945.00 in U.S. currency, without interest, shall be

14  returned to Claimant through his counsel.  The funds are to be

15  made payable via ACH deposit to Richard M. Barnett.  Claimant

16  shall provide to the government all information necessary to

17  effect the payment called for herein.

18  ///

19

20  ///

21

22  ///

23

24  ///

25

26  ///

27

28  ///

3

1    The Court finds that there was reasonable cause for the

2  seizure of the defendant currency and the institution of this

3  action.  This consent judgment shall be construed as a

4  certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

5  Each of the parties shall bear its own fees and costs in

6  connection with the seizure, retention and return of the

7  defendant currency.

8  DATED: March 11, 2014

9

10                                    _____
                                      THE HONORABLE GEORGE H. WU
11                                    UNITED STATES DISTRICT JUDGE

12

13  Presented by:

14

15  ANDRÉ BIROTTE JR.
    United States Attorney
16  ROBERT E. DUGDALE
    Assistant United States Attorney
17  Chief, Criminal Division
    STEVEN R. WELK
18  Assistant United States Attorney
    Chief, Asset Forfeiture Section
19

20

21       /s/ Frank D. Kortum
    _____
22  FRANK D. KORTUM
    Assistant United States Attorney
23

24  Attorney for Plaintiff
    UNITED STATES OF AMERICA

25

26

27

28


                                    4